FILED

06/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

IN THE MATTER OF THE ESTATE OF )    Case No. DA 23-0746

WARREN DAN EDDLEMAN,

Deceased.

**ORDER GRANTING
EXTENSION OF TIME**

Appellee Tom Wagoner, Personal Representative of the Estate Warren Dan Eddleman, has filed a Motion for Extension of Time to file his Answer Brief. Appellee has requested 30 days, or until July 10, 2024. Appellee's counsel has represented to the Court that Appellants' counsel has been contacted and has no objection to the Motion. Therefore,

IT IS HEREBY ORDERED that Appellee Tom Wagoner, Personal Representative, is given a 30-day extension of time until July 10, 2024, to prepare, file and serve his Answer and Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 4 2024